UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


BRADLEY W. BOLAND,

      Petitioner,

v.                                                    CASE NO. 6:06-cv-151-Orl-19JGG

SECRETARY, DEPARTMENT OF CORRECTIONS, et al.,

      Respondents.

_____

## ORDER

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. section 2254 (Doc. No. 1). Petitioner raises the following three claims in his petition: 1) he was deprived of his "constitutional right to confront and cross-examine witnesses against him"; 2) counsel was ineffective for misadvising him "that if he did not take the witness stand he would have both `double closing argument' and `the opportunity to address the jury during closing arguments'"; and 3) counsel was ineffective for failing to call an alibi witness.

Respondents filed a response to the petition for writ of habeas corpus (Doc. No. 8); however, Respondents failed to address claim one.

Accordingly, it is hereby **ORDERED** as follows:

1.     Within thirty (30) days from the date of this Order, Respondents shall file a Supplemental Response to Petition, which shall address claim one. After Respondents file

the supplemental response, the Court will enter an Order allowing Petitioner to file a reply to the responses.

2.      Within thirty (30) days from the date of this Order, Respondents shall file a copy of the appellate briefs filed by the parties on direct appeal.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _6th___ day of July, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/5
Counsel of Record
Bradley Boland

2