UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRADLEY W. BOLAND,

    Petitioner,

v.                                      CASE NO. 6:06cv-151-Orl-19JGG

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motion:

1.    Petitioner's Request for a Certificate of Appealability (Doc. No. 25, filed March 8, 2007) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this __14th__ day of March, 2007.


Copies to:
sc 3/14
Counsel of Record
Bradley W. Boland