UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRADLEY W. BOLAND,

    Petitioner,

v.                                            CASE NO. 6:06-cv-151-Orl-19JGG

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.
_____

## ORDER

This case is before the Court on the following motion:

    1.    Petitioner's Motion for Reconsideration of Order Denying Request for a Certificate of Appealability (Doc. No. 27, filed March 24, 2007).

Thereon it is **ORDERED** that the motion is **DENIED.** Petitioner has failed to demonstrate sufficient grounds warranting the relief requested.

**DONE AND ORDERED** at Orlando, Florida, this __2d__ day of April, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 4/2
Counsel of Record
Bradley W. Boland